## VIRRUSO IMPORTS, INC. *v.* MARIO INTERLANDI
### (9432)

O'CONNELL, FOTI and HEIMAN, Js.

Argued April 25—decision released May 21, 1991

*Lawrence J. Cicchiello,* for the appellant (defendant).
*John C. Heffernan,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.